THE STATE OF MISSOURI, Respondent, v. FRED AMBROSE, Appellant.

Kansas City Court of Appeals, May 20, 1907.

CRIMINAL PROCEDURE: Arraignment. The record must show that the defendant was arraigned or the conviction is erroneous.

Appeal from Jasper Circuit Court.—*Hon. Howard Gray,* Judge.

REVERSED AND REMANDED.

*R. A. Mooneyham* for appellant.

There was no arraignment of the defendant. There was therefore no issue to be tried by the jury. State v. Lewellen, 93 Mo. App. 469; State v. Hull, 73 Mo. App. 300; State v. VanHook, 88 Mo. App. 105; State v. Sharpe, 95 S. W. 298.

*W. N. Andrews* and *H. L. Bright,* for respondent, filed no brief.

ELLISON, J.—The defendant was convicted of petit larceny before a justice of the peace and again on appeal in the circuit court. The record does not show an arraignment and hence the conviction was without warrant of law. [State v. Llewellyn, 93 Mo. App. 469; State v. VanHook, 88 Mo. 105.] The judgment will be reversed and the cause remanded. All concur.